# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE HEIGHTS OF SUMMERLIN, LLC,
D/B/A THE HEIGHTS OF
SUMMERLIN,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,

Respondents,

and

JARRETT WILSON, STATUTORY HEIR
TO BRENDA JOHNSON AND AS
SPECIAL ADMINISTRATOR FOR THE
ESTATE OF BRENDA JOHNSON,

Real Party in Interest.

No. 81037

FILED

JUN 0 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This court previously entered an order directing petitioner to show cause why this petition for a writ of mandamus should not be denied. Petitioner has now filed a motion to voluntarily dismiss this petition. The motion is granted and this petition is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Pickering

20-21138

cc: Hon. Joseph Hardy, Jr., District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Cogburn Law Offices
Eighth District Court Clerk